AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | | |
|---|---|---|
| Marckindal Jules<br>*Plaintiff*<br>v.<br>Philip Rhoney, et al<br>*Defendant* | ) | Civil Action No. 6:26-CV-6186-EAW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☒ other: any remaining claims in the petition are dismissed without prejudice and the case is closed.

.

This action was *(check one)*:

☐ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

☐ tried by Judge __________ without a jury and the above decision was reached.

☒ decided by Judge Elizabeth A. Wolford on a motion for N/A

.

Date: 08/27/2026

*CLERK OF COURT*

s/Andrew W. Moeller

*Signature of Clerk or Deputy Clerk*